UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.: 3:23-CV-00497

IN THE MATTER OF THE

Complaint and Petition of:

KRAKEN CYCLEBOATS, LLC, as owner and/or *pro hac vice* of the vessel, a 2017 32' Cascade named *Pedal Pedal Drink*, HIN CAD69013H617, including her engines, gear, tackle, appurtenances, equipment, furniture, etc., for Exoneration from and/or Limitation of Liability,

_____/

## JOINT STIPULATION OF DISMISSAL

COMES NOW, Petitioner, Kraken Cycle Boats as owner and/or *pro hac vice* of the vessel, a 2017 32' Cascade named *Pedal Pedal Drink*, HIN CAD69013H617, and Claimant, THERESA ROBINSON, by and through the undersigned counsels, and Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Settling Parties hereby stipulate and agree and in support, states as follows:

1. The Parties have reached a full and final settlement of all claims in this suit;

2. The Parties agree to dismiss the above-captioned suit with prejudice, each party to bear its own attorney's fees and costs, unless otherwise agreed.

The Parties jointly request that this honorable Court enter an Order dismissing the above captioned suit, including all claims brought by Claimant, THERESA ROBINSON with prejudice.

Respectfully submitted,

*/s/ Katherine E. Kaplan*
Raul J. Chacon, Jr. [FBN: 999611]
Raul.Chacon@wilsonelser.com
Kaylin S. Grey [FBN: 75344]
Kaylin.Grey@wilsonelser.com
Katherine E. Kaplan [FBN: 1028002]
Katherine.Kaplan@wilsonelser.com
**Wilson Elser Moskowitz Edelman & Dicker LLP**
100 Southeast Second Street, Suite 2100
Miami, FL 33131-2126
305.374.4400 (Main)
305.579.0261 (Fax)
*Counsel for Petitioner Kraken Cycleboats*

*/s/ Catherine M. Saylor*
JACOB J. MUNCH
E-mail: jake@munchandmunch.com
Florida Bar Number 376523
CATHERINE M. SAYLOR
E-mail: casey@munchandmunch.com
Florida Bar Number 115593
MUNCH and MUNCH, P.A.
600 South Magnolia Avenue – Suite 325
Tampa, Florida 33606
Ph: (813) 254-1557 / Fax: (813) 254-5172
*Attorneys for Plaintiff Robinson*

2